IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINCENT HATCHER,                      :
    Petitioner,

v.                                    :       CIVIL NO. 08-3572

DAVID DiGUGLIELMO, et al.,
    Respondents.                      :

## ORDER

AND NOW, this 26th day of October, 2009, upon consideration of: Plaintiff's Petition for Writ of Habeas Corpus (Doc. No. 1) and Respondents' Response thereto (Doc. No. 11); Plaintiff's Traverse/Amended Traverse (Doc. Nos. 13 & 14) and Respondents' Response thereto (Doc. No. 12); Magistrate Judge Elizabeth T. Hey's Report and Recommendation (Doc. No. 15); and, Plaintiff's Objections thereto (Doc. No. 16), along with Respondents' Response (Doc. No. 21), it is hereby ORDERED and DECREED that:

(1) Plaintiff's Objections are OVERRULED and the Magistrate's Report and Recommendation is APPROVED and ADOPTED;

(2) Plaintiff's Petition is DENIED and DISMISSED;

(3) There exists no substantial showing of the denial of a constitutional right which would require the issuance of a certificate of appealability; and,

(4) The Clerk shall close this matter for statistical purposes.

BY THE COURT:

/s/ C. Darnell Jones, II      J.